UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARKUS DEON CARPENTER )<br>a/k/a Markus Barker, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. MJ 13-540<br><br>DETENTION ORDER |

<u>Offense charged</u>:    Supervised Release violation

<u>Date of Detention Hearing</u>:   December 3, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant was sentenced in this District by the Honorable John C. Coughenour

DETENTION ORDER
PAGE -1

on January 25, 2008 for Bank Robbery, Case No. CR07-257 JCC.   Jurisdiction was transferred to the Middle District of Pennsylvania, Case No. CR12-283.  Defendant's probation officer alleges violation of the conditions of supervised release.  Defendant wishes to explore the possibility of jurisdiction being transferred back to this Court, and a status hearing is scheduled for January 9, 2014.

  2. Defendant does not contest detention pending resolution of the transfer issue.

  3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DETENTION ORDER
PAGE -2

01        DATED this 3rd day of December, 2013.

02

03                                          _____
                                            Mary Alice Theiler
04                                          Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3